**Order entered October 24, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00133-CV

### SKY CAPITAL GROUP, LTD, Appellant

### V.

### BOMBARDIER, INC., Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-08-02249**

## ORDER

Before the Court is appellee's October 21, 2013 unopposed third motion for extension of time to file brief. The Court **GRANTS** the motion and **ORDERS** appellee to file its brief by December 4, 2013. Appellee is cautioned that failure to file the brief by December 4th will result in the appeal being submitted without appellee's brief.


/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE